ORDER
Appellees filed a petition for rehearing with suggestion for rehearing en banc.
The panel voted to deny rehearing.
A member of the Court requested a poll on the suggestion for rehearing en banc. Judges Murnaghan, Michael, Motz, and King voted to grant rehearing en banc. Chief Judge Wilkinson, and Judges Widener, Niemeyer, and Luttig voted to deny rehearing en banc. Judges Wilkins, Williams, and Traxler did not participate in the poll of the Court on the suggestion for rehearing en banc. As the petition for rehearing en banc failed to receive the support of the majority of judges in regular active service, it is hereby DENIED.
Entered at the direction of Chief Judge Wilkinson for the Court.